# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIVIAN CLAYBORNE,              ) <br> ) <br> Plaintiff,              ) <br> ) <br> v.              ) <br> ) <br> JOHN E. POTTER, Postmaster General, ) <br> United States Postal Service,    ) <br> ) <br> Defendant.              ) <br> ) | Civil Action No. 05-915 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to dismiss or for summary judgment [Dkt. #11] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date:  September 11, 2006            _____/s/_____
                                     ROSEMARY M. COLLYER
                                     United States District Judge